IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Mary Alice Mahoney, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 4:05-2812-HMH-TER |
| ) | |
| vs. ) | **OPINION AND ORDER** |
| ) | |
| Jo Anne B. Barnhart, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

      This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(a), (d) (West 1994 & Supp. 2006). Mary Alice Mahoney ("Mahoney") seeks attorney's fees for services rendered by her attorney in the above-captioned social security action in the amount of Five Thousand Four Hundred Ninety-three and 75/100 Dollars ($5493.75) (calculated at $125.00 per hour times 43.95 attorney hours). The Commissioner does not object to the request for attorney's fees. In addition, Mahoney seeks costs in the amount of Two Hundred Fifty Dollars ($250.00). The Commissioner does not object to an award of costs in this amount. The court finds the hourly rate, number of hours, and costs to be reasonable.

1

Therefore, it is

**ORDERED** that Mahoney is awarded a fee in the amount of Five Thousand Four Hundred Ninety-three and 75/100 Dollars ($5493.75) and costs of Two Hundred Fifty Dollars ($250.00).

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 6, 2006